UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE E. JOHNSON,

    Plaintiff,

v.                                              CASE NO.: 8:13-cv-2593-T-23AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

On December 31, 2014, Magistrate Judge Porcelli recommended (Doc. 22) granting in part and denying in part the Commissioner's "Opposed Motion for Entry of Judgment Under Sentence Four 42 U.S.C. § 405(g) with Remand of the Cause to Defendant" (Doc. 16).  More than seventeen days has passed, and no party objects.

The report and recommendation (Doc. 17) is **ADOPTED**.  The defendant's motion (Doc. 16) is **GRANTED IN PART AND DENIED IN PART**.  Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for reinstatement of the plaintiff's benefits consistent with the report and recommendation.  The clerk

is directed to enter judgment in favor of the plaintiff and against the defendant, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on January 20, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE